IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VICTOR AGUIRRE,<br>On Behalf of Himself and On Behalf Of<br>All others Similarly Situated | §<br>§<br>§<br>§ | |
| Plaintiff, | §<br>§ | CIVIL ACTION NO. 4:13-cv-01792 |
| V. | §<br>§ | |
| CELESTIAL STAR CORPORATION,<br>PANDA SUPPLY, INC., and<br>SHU-SHYAN LIN, Individually | §<br>§<br>§<br>§<br>§ | |
| Defendant | § | |

## ORDER OF PARTIAL DISMISSAL WITH PREJUDICE AGAINST DEFENDANT CELESTIAL STAR CORPORATION

Plaintiff, VICTOR AGUIRRE, announces to the Court that all matters herein as to Defendant CELESTIAL STAR CORPORATION have been compromised and settled and now moves the Court for an Order dismissing this matter with prejudice only as to Defendant CELESTIAL STAR CORPORATION. Appearing that such motion should be granted,

**IT IS THEREFORE ORDERD** that Plaintiff's claims are hereby dismissed with prejudice as to Defendant, CELESTIAL STAR CORPORATION, and be it further

**ORDERED** that all costs (as between VICTOR AGUIRRE and CELESTIAL STAR CORPORATION) incurred herein be paid by the party incurring same.

Signed this ___6___ day of ___Nov___ , 2013

_____
U.S. District Judge

Approved and Entry Requested

By: _____

Martin A. Shellist, Esq.
State Bar No. 00786487
Federal ID No. 16456
RICARDO J.PRIETO
State Bar No. 24062947
Federal ID No. 1001658
11 Greenway Plaza, Suite 1515
Houston, Texas 77046

ATTORNEYS FOR PLAINTIFF